IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL G. VALDEZ,

    Plaintiff,

v.                                                                                   No. 25-cv-0284-KWR-KRS

BILLY MASSANGILL, *et al*,

    Defendants.

## ORDER GRANTING *IN FORMA PAUPERIS* RELIEF

This matter is before the Court on Plaintiff's *pro se* Motion to Proceed *In Forma Pauperis* (Doc. 3) (IFP Motion). Plaintiff also filed a separate *pro se* motion seeking a ruling, presumably on the IFP Motion (Doc. 5). Plaintiff's information reflects that Plaintiff cannot afford to prepay the $405 filing fee for this action. The Court will therefore grant the IFP Motion. Plaintiff is reminded that such relief only excuses prepayment of the fee, and he remains obligated to pay when funds exist. *See* 28 U.S.C. § 1915.

The Court will also grant Plaintiff's Motion for Ruling (Doc. 5), to the extent he seeks an *in forma pauperis* determination. To the extent he seeks a ruling on his Amended Civil Rights Complaint (Doc. 2), such relief is premature. Prisoner complaints against government officials are subject to an initial, *sua sponte* review. *See* 28 U.S.C. § 1915A(a). If the allegations in the complaint state a facially meritorious claim, the Court typically orders an answer. *See* 28 U.S.C. § 1915A. If, however, the allegations are "frivolous, malicious, or fails to state a claim upon which relief may be granted," the complaint will be dismissed. 28 U.S.C. §§ 1915(e); 1915A(b)(1). The Court will issue a ruling on the substantive claims when the screening process is complete.

**IT IS ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (**Doc. 3**) is

**GRANTED**; and Plaintiff's Motion for Ruling (**Doc. 5**) is **GRANTED, in part**, and **DENIED, in part,** as set forth above.

    IT IS SO ORDERED this 3rd day of February, 2026.

                                      _____
                                      KEVIN R. SWEAZEA
                                      UNITED STATES MAGISTRATE JUDGE